**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| LISA WINIECKI, ) | |
| on behalf of plaintiff and a class, ) | |
| ) | 13-cv-3461 |
| Plaintiff, ) | |
| ) | Honorable Ruben Castillo |
| vs. ) | Magistrate Sidney I. Schenkier |
| ) | |
| CREDITORS INTERCHANGE RECEIVABLE ) | |
| MANAGEMENT, LLC and ECAST ) | |
| SETTLEMENT CORPORATION, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF MOTION

**TO:** See attached service list.

**PLEASE TAKE NOTICE** that on **July 9, 2013 at 9:45 a.m.,** we shall appear before Judge Ruben Castillo in Room 2141 of the Dirksen Federal Courthouse and will there present **PLAINTIFF'S MOTION FOR ENTRY OF ORDER OF DEFAULT**, a copy of which is attached and hereby served upon you.

                                                                                                              s/ Francis R. Greene
                                                                                                              Francis R. Greene

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Francis R. Greene
EDELMAN, COMBS, LATTURNER
& GOODWIN, L.L.C.
120 S. LaSalle Street, 18th Floor
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)

**CERTIFICATE OF SERVICE**

  I, Francis R. Greene, hereby certify that on June 25, 2013, I filed the foregoing documents with the Clerk of the Court using the CM/ECF System, which caused to be sent a true and accurate copy of such filing via electronic mail to the following parties:

Rosa M. Tumialan
rtumialan@dykema.com

I further certify that on June 25, 2013 I caused to be sent a true and accurate copy of such filing via U.S. Mail to the following parties:

Creditors Interchange Receivable Management, LLC
c/o CT Corporation System
208 S. LaSalle St., Suite 814
Chicago, IL 60604

                s/Francis R. Greene
                Francis R. Greene