UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

------------------------------------------------------------------------x
                                                                                                                       :

LISA WINIECKI, on behalf of plaintiff and a class,

                                                                                                                       :

                                                              Plaintiff,      Civil Action
                                                                                             :      No. 1:13-cv-03461

       vs.

                                                                                              :      Chief Judge Ruben Castillo
CREDITORS INTERCHANGE RECEIVABLE       Magistrate Sidney I. Schenkier
MANAGEMENT, LLC and ECAST SETTLEMENT     :
CORPORATION,

                                                                                             :

                                                             Defendants.
                                                                                             :
------------------------------------------------------------------------x

## ECAST SETTLEMENT CORPORTION'S
## MOTION TO DISMISS THE COMPLAINT

     PLEASE TAKE NOTICE that, upon the accompanying memorandum of law, dated on July 1, 2013, and upon all prior pleadings and proceedings herein, the undersigned, attorneys for eCAST Settlement Corporation, hereby move this Court for an order dismissing plaintiff's Complaint against it with prejudice under Federal Rule of Civil Procedure 12(b)(6), and for such other and further relief as the Court may deem just and proper.

Case: 1:13-cv-03461 Document #: 25 Filed: 07/01/13 Page 2 of 3 PageID #:80

2

Dated: July 1, 2013
New York, New York

                        COUNSEL FOR DEFENDANT
                        ECAST SETTLEMENT CORPORATION

                        By: /s/ Joseph P. Moodhe

                        Joseph P. Moodhe
                        Courtney M. Dankworth
                        Irene J. Hahn
                        DEBEVOISE & PLIMPTON LLP
                        919 Third Avenue
                        New York, New York 10022
                        (212) 909-6000

                        Rosa M. Tumialán
                        DYKEMA GOSSETT PLLC
                           10 South Wacker Drive, Suite 2300
                        Chicago, Illinois 60606
                        (312) 876-1700

## CERTIFICATE OF SERVICE

This is to certify that on July 1, 2013, the foregoing **Notice of Motion to Dismiss** was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing to all attorneys of record.

I further certify that on July 1, 2013 I caused to be sent a true and accurate copy of such filing via U.S. Mail to the following parties:

Creditors Interchange Receivable Management, LLC
c/o CT Corporation System
208 S. LaSalle St., Suite 814
Chicago, IL 60604


This 1st day of July, 2013.


/s/ Courtney M. Dankworth
Courtney M. Dankworth