UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

------------------------------------------------------------------------x
                                                      :

LISA WINIECKI, on behalf of plaintiff and a class,
                                                      :

                                       Plaintiff,        Civil Action
                                                       :   No. 1:13-cv-03461
     vs.

CREDITORS INTERCHANGE RECEIVABLE          :   Chief Judge Ruben Castillo
MANAGEMENT, LLC and ECAST SETTLEMENT       Magistrate Sidney I. Schenkier
CORPORATION,                                                :

                                                         Defendants.
                                                                      :
------------------------------------------------------------------------x

## NOTICE OF MOTION

TO:    Cathleen M. Combs
         Francis Richard Greene
         James O. Latturner
         Daniel A. Edelman
         EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
         120 South LaSalle Street
         18th Floor
         Chicago, IL 60603

    PLEASE TAKE NOTICE that on July 9, 2013 at 9:45 a.m. or as soon thereafter as counsel may be heard, we shall appear before the Honorable Chief Judge Ruben Castillo, or any judge sitting in his stead in Room 2541 of the U.S. District Court of the Northern District of Illinois, Eastern Division, 219 South Dearborn, Chicago, Illinois, and shall present the attached Motion to Dismiss.

Dated: July 1, 2013
New York, New York

        COUNSEL FOR DEFENDANT
        ECAST SETTLEMENT CORPORATION

By: /s/ Joseph P. Moodhe

    Joseph P. Moodhe
    Courtney M. Dankworth
    Irene J. Hahn
    DEBEVOISE & PLIMPTON LLP
    919 Third Avenue
    New York, New York 10022
    (212) 909-6000

    Rosa M. Tumialán
    DYKEMA GOSSETT PLLC
       10 South Wacker Drive, Suite 2300
    Chicago, Illinois 60606
    (312) 876-1700

## CERTIFICATE OF SERVICE

This is to certify that on July 1, 2013, the foregoing **Notice of Motion** was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing to all attorneys of record.

I further certify that on July 1, 2013 I caused to be sent a true and accurate copy of such filing via U.S. Mail to the following parties:

Creditors Interchange Receivable Management, LLC
c/o CT Corporation System
208 S. LaSalle St., Suite 814
Chicago, IL 60604

This 1st day of July, 2013.

/s/ Courtney M. Dankworth
Courtney M. Dankworth