# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

------------------------------------------------------------------------x
:
LISA WINIECKI, on behalf of plaintiff and a class,
:
                                Plaintiff,       Civil Action
:  No. 1:13-cv-03461
   vs.
:  Chief Judge Ruben Castillo
CREDITORS INTERCHANGE RECEIVABLE    Magistrate Sidney I. Schenkier
MANAGEMENT, LLC and ECAST SETTLEMENT   :
CORPORATION,
:
                              Defendants.
:
------------------------------------------------------------------------x

## DISCLOSURE STATEMENT PURSUANT TO
## FEDERAL RULE OF CIVIL PROCEDURE 7.1

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of this Court to evaluate possible disqualification or recusal, the undersigned counsel certifies with respect to eCAST Settlement Corporation, a private non-governmental party, that its corporate parent is The Bear Stearns Companies, LLC. The corporate parent of The Bear Stearns Companies, LLC is JPMorgan Chase & Co., a publicly held corporation.

Dated:  New York, New York
        July 1, 2013

                COUNSEL FOR DEFENDANT
                ECAST SETTLEMENT CORPORATION

By: /s/ Joseph P. Moodhe

    Joseph P. Moodhe
    Courtney M. Dankworth
    Irene J. Hahn
    DEBEVOISE & PLIMPTON LLP
    919 Third Avenue
    New York, New York 10022
    (212) 909-6000

    Rosa M. Tumialán
    DYKEMA GOSSETT PLLC
       10 South Wacker Drive, Suite 2300
    Chicago, Illinois 60606
    (312) 876-1700

## CERTIFICATE OF SERVICE

This is to certify that on July 1, 2013, the **Disclosure Statement Pursuant to Federal Rule of Civil Procedure 7.1** was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing to all attorneys of record.

I further certify that on July 1, 2013 I caused to be sent a true and accurate copy of such filing via U.S. Mail to the following parties:

Creditors Interchange Receivable Management, LLC
c/o CT Corporation System
208 S. LaSalle St., Suite 814
Chicago, IL 60604

This 1st day of July, 2013.

/s/ Courtney M. Dankworth
Courtney M. Dankworth