## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 5.1.1
### Eastern Division

Lisa Winiecki

        Plaintiff,

v.

        Case No.: 1:13−cv−03461

        Honorable Ruben Castillo

Creditors Interchange Receivable Management, LLC, et al.

        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 9, 2013:

    MINUTE entry before Honorable Ruben Castillo:Status hearing held on 7/9/2013 and continued to 8/13/2013 at 9:45 a.m. Plaintiff's motion for entry of order of default [19] is granted. The Court hereby defaults Defendant Creditors Interchange Receivable Management, LLC for failure to timely appear, answer or otherwise plead to the complaint. Defendant ECast Settlement Corporation's reply to its motion to dismiss the complaint [25] is due on or before 7/16/2013. The Court will rule by mail. Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.