**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| LISA WINIECKI, )<br>on behalf of plaintiff and a class, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>CREDITORS INTERCHANGE RECEIVABLE )<br>MANAGEMENT, LLC and ECAST )<br>SETTLEMENT CORPORATION, )<br>)<br>Defendants. ) | 13-cv-3461<br><br>Honorable Ruben Castillo<br>Magistrate Sidney I. Schenkier |

**NOTICE OF MOTION**

**TO:** See attached service list.

    **PLEASE TAKE NOTICE** that on **August 13, 2013 at 9:45 a.m.,** we shall appear before Judge Ruben Castillo in Room 2541 of the Dirksen Federal Courthouse and will there present **PLAINTIFF'S MOTION FOR LEAVE TO CITE ADDITIONAL AUTHORITY**, a copy of which is attached and hereby served upon you.

                                                  s/Daniel A. Edelman
                                                  Daniel A. Edelman

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Francis R. Greene
EDELMAN, COMBS, LATTURNER
& GOODWIN, L.L.C.
120 S. LaSalle Street, 18th Floor
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)

## CERTIFICATE OF SERVICE

       I, Daniel A. Edelman, hereby certify that on August 1, 2013, I caused to be filed the foregoing documents via the CM/ECF System, which caused to be sent notification of such filing to the following parties via electronic mail:

Courtney Marie Dankworth
cmdankwo@debevoise.com

Irene Jean Hahn
ijhahn@debevoise.com

Joseph Patrick Moodhe
jpmoodhe@debevoise.com

Rosa Maria Tumialan-Landy
rtumialan@dykema.com

       I further certify that on August 1, 2013 I caused to be sent a true and accurate copy of such filing via U.S. Mail to the following parties:

Creditors Interchange Receivable Management, LLC
c/o Mercantile Adjustment Bureau, LLC
6390 Main Street
Williamsville, NY 14221

                                                           s/Daniel A. Edelman
                                                           Daniel A. Edelman