UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

---------------------------------------------------------------------- x
                                                  :

LISA WINIECKI, on behalf of plaintiff and a class,
                                                  :

                       Plaintiff,              Civil Action
                                                  :       No. 1:13-cv-03461
     vs.

                                                  :       Chief Judge Ruben Castillo
CREDITORS INTERCHANGE RECEIVABLE          Magistrate Sidney I. Schenkier
MANAGEMENT, LLC and ECAST SETTLEMENT   :
CORPORATION,
                                                  :

                     Defendants.
                                                  :
---------------------------------------------------------------------- x

**DEFENDANT ECAST SETTLEMENT CORPORATION'S RESPONSE TO
PLAINTIFF'S MOTION FOR LEAVE TO CITE ADDITIONAL AUTHORITY**

      Defendant eCAST Settlement Corporation ("eCAST") hereby responds to Plaintiff's Motion for Leave to Cite Additional Authority ("Motion for Leave"), as follows. eCAST does not oppose Plaintiff's motion, provided that this Court considers eCAST's substantive response below.

      The authority Plaintiff cites, *Aribal v. GMAC Mortgage, LLC, et al.*, 12 C 9735 (N.D. Ill. July 29, 2013), does not support the denial of eCAST's motion to dismiss. Plaintiff invokes *Aribal* to support her claim that the letter she received is confusing with respect to the identity of the current creditor. Motion for Leave ¶¶ 3-4. However, the letter at issue in *Aribal* is entirely distinguishable from the letter sent to Plaintiff by Creditors Interchange Receivable Management ("Creditors"). In *Aribal*, the letter stated that "The debt is owed to Partners for Payment Relief DE III, LLC which is authorized to

receive payment on your loan but which may not be the recorded holder of the security deed." Motion for Leave Ex. C. The court concluded that although this sentence "identifies Partners as a creditor—the language suggests that another entity, namely, the recorded holder of the security deed, may also be a potential creditor." *Aribal*, slip op. at 8. The letter Plaintiff received from Creditors contains no similar statement that eCAST is authorized only to receive payment or may not be the debt owner. Rather, eCAST is plainly identified on the tearoff as the owner of Plaintiff's debt, and the letter taken as a whole makes clear that it is an offer made by Creditors on eCAST's behalf to settle three accounts. *See* eCAST's Opening Brief at 5-6; eCAST's Reply Brief at 6-7.

The *Aribal* decision otherwise does not refute the other arguments set forth by eCAST in its motion to dismiss, including the lack of materiality of the purported confusing statements.

## **CONCLUSION**

For the reasons set forth above, this Court should grant Defendant eCAST Settlement Corporation's Motion to Dismiss the Complaint, notwithstanding the decision in *Aribal*.

Dated: August 9, 2013
New York, New York

                    COUNSEL FOR DEFENDANT
                    ECAST SETTLEMENT CORPORATION

By: /s/ Joseph P. Moodhe
     Joseph P. Moodhe
     Courtney M. Dankworth
     Irene J. Hahn
     DEBEVOISE & PLIMPTON LLP
     919 Third Avenue
     New York, New York 10022
     (212) 909-6000

     Rosa M. Tumialán
     DYKEMA GOSSETT PLLC
     10 South Wacker Drive, Suite 2300
     Chicago, Illinois 60606
     (312) 876-1700

## CERTIFICATE OF SERVICE

This is to certify that on August 9, 2013, the foregoing **Defendant eCAST Settlement Corporation's Response to Plaintiff's Motion for Leave to Cite Additional Authority** was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing to all attorneys of record.

I further certify that on August 9, 2013 I caused to be sent a true and accurate copy of such filing via U.S. Mail to the following parties:

Creditors Interchange Receivable Management, LLC
c/o CT Corporation System
208 S. LaSalle St., Suite 814
Chicago, IL 60604

This 9th day of August, 2013.

/s/ Irene J. Hahn
Irene J. Hahn