## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

LISA WINIECKI,                                     )
on behalf of plaintiff and a class,                )
                                                   )
                    Plaintiff,                     )
                                                   )        13 CV 3461
            vs.                                    )
                                                   )        Honorable Ruben Castillo
CREDITORS INTERCHANGE RECEIVABLE                   )        Magistrate Sidney I. Schenkier
MANAGEMENT, LLC and ECAST                          )
SETTLEMENT CORPORATION,                            )
                                                   )
                    Defendants.                    )

### NOTICE OF MOTION

**TO:**    **See attached service list.**

    **PLEASE TAKE NOTICE** that on **November 6, 2013 at 9:45 a.m.,** we shall appear before Judge Ruben Castillo in Room 2541 of the Dirksen Federal Courthouse and will there present **PLAINTIFF'S MOTION TO COMPEL**, a copy of which is attached and hereby served upon you.


                                            s/ Francis R. Greene
                                            Francis R. Greene

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Francis R. Greene
EDELMAN, COMBS, LATTURNER
& GOODWIN, LLC
120 S. LaSalle Street, 18th Floor
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)

### CERTIFICATE OF SERVICE

I, Francis R. Greene, hereby certify that on November 1, 2013, I caused to be filed the foregoing document via the CM/ECF System, which caused to be sent notification of such filing to the following parties via electronic mail:

Courtney Marie Dankworth
cmdankwo@debevoise.com

Irene Jean Hahn
ijhahn@debevoise.com

Joseph Patrick Moodhe
jpmoodhe@debevoise.com

Rosa Maria Tumialan-Landy
rtumialan@dykema.com

s/Francis R. Greene
Francis R. Greene

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Francis R. Greene
EDELMAN, COMBS, LATTURNER
      & GOODWIN, L.L.C.
120 S. LaSalle Street, 18th Floor
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)