UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
Eastern Division

Lisa Winiecki
                                             Plaintiff,

v.                                                   Case No.: 1:13−cv−03461

                                                             Honorable Ruben Castillo

Creditors Interchange Receivable Management, LLC, et al.
                                             Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, November 6, 2013:

      MINUTE entry before Honorable Ruben Castillo:Motion hearing held on 11/6/2013. Plaintiff's motion to compel [38] is granted. Defendant eCast Settlement Corp. is ordered to respond to the outstanding discovery by 11/27/2013. The Court will hold a status hearing in open court on 12/4/2013 at 9:45 AM.Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.