# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
### Eastern Division

Lisa Winiecki

                                          Plaintiff,

v.                                                                     Case No.: 1:13−cv−03461

                                                                     Honorable Ruben Castillo

Creditors Interchange Receivable Management, LLC, et al.

                                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, December 4, 2013:

      MINUTE entry before the Honorable Ruben Castillo:Status hearing held on 12/4/2013. The Court will rule by mail on defendant ECast Settlement Corp.'s motion to dismiss [25].Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.