**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6,1**
**Eastern Division**

Lisa Winiecki
                                      Plaintiff,

v.                                                         Case No.: 1:13−cv−03461

                                                                 Honorable Ruben Castillo

Creditors Interchange Receivable Management, LLC, et al.
                                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, June 24, 2014:

      MINUTE entry before the Honorable Ruben Castillo:Status hearing held on 6/24/2014 and continued to 8/26/2014 at 9:45 a.m. The status hearing set for 7/1/2014 is vacated. Plaintiff's motion to compel [67] is denied as moot.Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.