**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1**
**Eastern Division**

Lisa Winiecki

                        Plaintiff,

v.                                                      Case No.: 1:13−cv−03461

                                                            Honorable Ruben Castillo

Creditors Interchange Receivable Management, LLC, et al.

                        Defendant.

## ORDER REFERRING A CIVIL CASE TO THE DESIGNATED MAGISTRATE JUDGE

     Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Honorable Sidney I. Schenkier for the purpose of holding proceedings related to: an expedited settlement conference.(rao, )Mailed notice.

Dated: June 24, 2014

                                                            /s/ Ruben Castillo

                                                         United States District Judge